✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

NOV - 7 2016

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:96-CR-261-LDG |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| ROGER RANTA ) | |
| ) | |
| Defendant. ) | |

ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case (#46) on May 2, 1997. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

Name of Payee: BUREAU OF LAND MANAGEMENT
Amount of Restitution: $42,500.00

Name of Payee: USDA FOREST SERVICE
Amount of Restitution: $42,500.00

**Total Amount of Restitution ordered: $85,000.00\***
\*\*Joint and Several with co-defendants Kelly B. Smith and Scott Reynolds

Dated this 3rd day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE